UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

DANIELLE LEMA,                                                    CHAPTER 13
                                                                  CASE NO. 16-12128
    DEBTOR,

## NOTICE OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7

Now comes DANIELLE LEMA, the debtor in the above-entitled matter ("Debtor"), and pursuant to 11 U.S.C. Section 1307(a), hereby provides notice to this Honorable Court of the intention to convert the Chapter 13 bankruptcy case to that of a Chapter 7. Debtor is entitled to convert the case because:

1. The case, filed on December 12, 2016, is a case under Chapter 13 of the Bankruptcy Code.

2. Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code. Wherefore, Debtor requests relief under Chapter 7 of the Bankruptcy Code.

Debtor, DANIELLE LEMA,
By her Attorney,

/s/ Edward J. Gomes (#2485)
Edward J. Gomes, Esquire
3457 Post Road
Warwick, Rhode Island 02886
401-521-5170 Telephone
attyejg@yahoo.com

Dated: March 12, 2018