### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Danielle Lema | BK No. 1:16−bk−12128 |
| Debtor(s) | Chapter 7 |

### NOTIFICATION REGARDING TERMINATION OF ATTORNEY / PARTY

To: **Chapter 13 Trustee, John Boyajian**

Notice is hereby provided that on 3/13/2018 , you were terminated as a party/attorney in this case.

Consequently, this is the final electronic/paper notification you will receive. If you wish to receive future notices as an interested party, you must file a Notice Request with the Court.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **3/13/18**

Entered on Docket: **3/13/18**
Document Number:

226.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*