*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Danielle Lema | BK No. 1:16−bk−12128 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 81)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 81); filed by Nationstar Mortgage LLC ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) Nationstar Mortgage LLC is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

15 Ninth Street, East Providence, Rhode Island 02914.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/21/18**

Entered on Docket: **3/21/18**
Document Number: **94 − 81**

ogrelstay.jsp #115df